# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

BARON GOODRIDGE

TO:  The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER **00-6054**

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest __BARON GOODRIDGE__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) conspiracy to possess with intent to distribute cocaine, possession with intent to distribute cocaine, and use and carry of a firearm during and in relation to a drug-trafficking offense,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846, and 18 U.S.C. 924(c)(1) and 2__

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at __Pretrial Detention Recommended__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida  3-2-00
Date and Location

by [signature] Lurana S. Snow
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest