COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: BARON GOODRIDGE (J)     CASE NO: 00-6054-CR-DIMITROULEAS
AUSA: ROBIN ROSENBAUM /*res*/     ATTY: Pat Hunt
AGENT:     VIOL:
PROCEEDING I/A ON INDICTMENT     RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no     COUNSEL APPOINTED FPD

    BOND SET @
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

*Dft advised of charges - sworn*
*for apptmt of counsel*

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:
    (PTD)/BOND HRG: 3-10   10:30 LSS
    PRELIM/(ARRAIGN): 3-10   " " "
    REMOVAL HRG:
    STATUS CONF:

Date: 3/7/00    Time: 11:00    FTL/LSS TAPE #00- 014    Begin: 227    End:

