# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR _00-6054-CR-Dimi_
        Plaintiff )
                         )
       -vs- ) REPORT COMMENCING CRIMINAL
                         )            ACTION

_Goodridge, BARON_ )
        Defendant    _55225-004_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT               (circle one)

*[Filed stamp: MAR - 8 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _02/02/00 @ 2329 Hours._    a.m./p.m.

(2) LANGUAGE(S) SPOKEN: _ENGLISH_

(3) OFFENSE(S) CHARGED: _Poss Cocaine w/ Intent to Distribute (Armed) +_
_Conspiracy to Poss. Cocaine w/ Intent to Distribute._

(4) UNITED STATES CITIZEN:   (✓)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: _02/01/76_

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT   [ ] COMPLAINT   CASE #_____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _SOUTHERN DISTRICT OF FLORIDA_
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [✓]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____ (9) ARRESTING OFFICER _____

(10) AGENCY _____ (11) PHONE # _____

(12) COMMENTS _____

_____