DEFT: Baron Goodridge (J)#  CASE NO: 00-6054-CR-Dimitrouleas
AUSA: Robin Rosenbaum *present*  ATTNY: FPD:Berube / Lopez
AGENT:  VIOL:
PROCEEDING: Arraignment/Bond Hearing  BOND REC:
BOND HEARING HELD - yes (no)  COUNSEL APPOINTED:
BOND SET @ $250,000 Corp Surety w/ nebbia

CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
APR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

No Bond hrg held - Both sides stipulate to a CSB w/ nebbia, each side reserves PTD right at later date

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 4-28-00  11:00am  WPD
STATUS CONFERENCE:
DATE: 4-13-00  TIME: 11:00am  TAPE #  PG # 11

30/89