

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6054-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Baron Goodridge

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 4-13-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT:      Address: In Custody

                Telephone: _____

DEFENSE COUNSEL: Name: FPD

                Address: _____

                Telephone: _____

BOND SET/CONTINUED: $ NO HEARING HELD- Both sides stipulate to a corp. surety w/nebbia, reserving right to proceed with a PTD hearing.

Bond hearing held: yes___ no X___ Bond hearing set for _____

Dated this 13 day of April, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-027

cc: Clerk for Judge
    U. S. Attorney

