HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by ___ D.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT   EDGAR JOSE DUARTE          CASE NO:  00-6093-CR-FERGUSON
AUSA   JEFFREY KAY / Powell        ATTY  ANDRE ROUVIERE     pre 00-022
Possible plea – case t/d to WPD~~F~~          @ 1553
2 add'l weeks for motions.

DEFT   DANIEL PARKER              CASE NO:  00-6006-CR-DIMITROULEAS(s)
AUSA   ~~DON CHASE~~ Ed Ryan / Mitrani    ATTY  ALBERT LEVIN  in trial
Disc out – no pending motions
possible plea.                             @ 1637

DEFT   SHERUDEU ROBINSON          CASE NO:  99-6206-CR-FERGUSON
AUSA   KATHLEEN RICE – pres       ATTY  FPD  Bidwell
to be a change of plea
                                           @ 1664

DEFT   BARON GOODRIDGE            CASE NO:  00-60~~45~~54-CR-DIMITROULEAS
AUSA   ROBIN ROSENBAUM / Mitrani  ATTY  BOB BERUBE, AFPD  Bidwell
Disc out – no pending motion
possible plea                              @ 1695

DEFT   Milton Lynch               CASE NO:  00-6078-CR-NCR
AUSA   Lanigan / Mitrani          ATTY  Daryl Wilcox
Disc not rec'd
possible plea
5/15 for motions                           @ 2635

DEFT _____      CASE NO: _____
AUSA _____      ATTY _____

DATE  4-28-00                     TIME  11:00

