UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

      Plaintiff,             :

v.                              :

BARON GOODRIDGE,                :

      Defendant.             :
_____



**STATUS REPORT**

    A status conference was held in this cause on April 28, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case may be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this 1st day of May, 2000.

                           /s/ Lurana S. Snow
                           LURANA S. SNOW
                           UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Robert Berube (FTL)

