UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
JARED OWENS, )
BARON GOODRIDGE, and )
ERROL SEWELL, )
)
            Defendants. )
_____)



### NOTICE OF UNAVAILABILITY OF GOVERNMENT COUNSEL

Please take notice that undersigned counsel for the United States has purchased non-refundable tickets for a prepaid vacation from May 26, 2000, through June 4, 2000. For this reason, the United States respectfully requests that no proceedings be set from May 26, 2000, through June 4, 2000.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered, this 3rd day of May, 2000, to Bob Berube, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301, Mike Entin, Esq., One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301, and Abe Bailey, Esq., 18350 N.W. 2nd Avenue, 5th Floor, Miami, Florida 33169-4519.

Robin S. Rosenbaum
Assistant United States Attorney