**CRIMINAL MINUTES**

FILED *[stamp]* D.C.
MAY 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6054-CR-WPD   DATE: May 12, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   Bruce Goodridge

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 1. Counts 2 & 3 to be dismissed. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 7/18     TIME: 8:45     FOR: Sentencing

MISC: written plea agreement filed.