**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6054-CR-WPD  DATE: 7/18/00

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: Jim Pearce   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Baron Goodridge

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Sentencing

RESULT OF HEARING: 70 month BOP, 5 years Supervised Release, $100 Special Assessment; Special Condition: Drug treatment

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

