IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DOCKET NUMBER: 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.           JUDGE WILLIAM P. DIMITROULEAS

MR. BARON GOODRIDGE

_____/

MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO 18 USC § 3582(C)(2)

COMES NOW, Baron Goodridge and for his cause of action says; Petitioner is proceeding Pro Se in the above captioned matter and is not well versed in the law and ask this Court to review his pleadings with all latitude possible. <u>Haines v. Kerner</u>, 404 US 519.

Petitioner was named in a Federal Indictment charging him with Conspiracy to Possess with the Intent to Distribute Cocaine. 21 U.S.C. § 846.

Petitioner pled guilty to Count One of the indictment, 21 U.S.C. § 846 Conspiracy to Possess with the Intent to Distribute Cocaine.



The Court found defendant to be a minor participant 3B1.2 (b) at the sentencing hearing.

Goodridge's Base Offense Level was 32 pursuant to USSG 2D1.1 (a)(3). The United States Sentencing Commission submitted amendments to the Sentencing Guidelines this year and they were adopted November 1, 2002.

One of the amendments to the USSG entails adjustments to the Base Offense Level if a Mitigating Role Adjustment, under 3B1.2 was applied to the sentence. The guidelines was amended to set the base level at 30 when the Mitigating Role adjustment is applied. In the instant case, Mr. Goodridge base level under 2D1.1 should be adjusted to be reflected at the lower level.

Pursuant to the amended guidelines the offense level should be adjusted to reflect the expectation of the Sentencing Commission.

18 USC § 3582 (c)(2) states in part,

"In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 USC § 994 (u) upon motion of the defendant, or the director of The Bureau Of Prisons, or on its own Motion, the Court may reduce the term of imprisonment after considering the factors set forth in section 3553 (a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

The Amendment adopted November 1, 2002 states; the offense level specified in the Drug Quantity Table set forth in subsection (c) except that if defendant receives an adjustment under § 3B1.2 (Mitigating Role), the base offense level under this subsection shall not be more than level 30. And Mr. Goodridge received a 2 point adjustment for his minor participation in this conspiracy.

Clearly Mr. Goodridge qualifies for the sentence reduction under 18 U.S.C. § 3582 (c)(2).

Mr. Goodridge asks this Court to consider his Mitigating Role in the offense, family hardship, exemplary institutional work record and behavior while considering this Motion. The adjusted offense level should be 25 for a sentencing range of 57-71 months.

Taking into consideration this Court's original sentence at the low end of the sentencing range, and taking into consideration that the Government moved for a departure below the statutory minimum mandatory sentence Pursuant to 18 U.S.C. § 3553 (e)

Sentenced pursuant to 2D1.1

```
                              -2  5C1.2
                              +2  3C1.2
                              -3  3E.1 (a)(b)
                              -2  3B1.2 (b)
Total   27
```

New adjustment

    -2 3B1.2

    -3 3E1.1(a)(b)

    +2 3C1.2

    -2 5C1.2

Total  25

For, all of the above reasons, Mr. Goodridge pray's this Honorable Court GRANT this Motion and for any futher relief as this Court deem's proper and just.

           Respectfully Submitted,

           *[signature]*

           Mr. Baron Goodridge Pro Se

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPIES OF THIS MOTION AND ALL ATTACHMENTS HAVE BEEN SENT TO THE ADDRESSES LISTED BELOW BY FIRST CLASS POSTAGE PAID MAIL THIS 25TH DAY OF NOVEMBER, 2002.

BARON GOODRIDGE 55225-004
FEDERAL PRISON-MAXWELL AFB
MONTGOMERY AL 36112

MAILINGS:

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE ROOM 108
299 EAST BROWARD BOULEVARD
FT. LAUDERDALE, FLORIDA  33301

OFFICE OF THE U.S. ATTORNEY
U.S. COURTHOUSE
299 EAST BROWARD BOULEVARD
ROOM 202B
FT. LAUDERDALE, FLORIDA  33301

# CERTIFICATE

This is to certify that

## Baron GoodRidge

has successfully completed the FPC Montgomery educational course for

# INTERNATIONAL TRADE

This certificate issued on this 21st day of February, 2002



C. E. Hudson II, Supervisor of Education





*Certificate of Completion*

This certificate is being presented to

**Mr. Baron Goodridge**

For his Outstanding Performance

in

SpeechCraft Public Speaking Class

This certificate issued on this 9th day of August, 2002

C. E. Hudson II, Supervisor of Education

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF DRIVER LICENSES

# CDL TEST HISTORY FORM (PHASE I)




**APPLICANT'S FULL NAME (Printed):** BARON GOODRIDGE
**DATE OF BIRTH:** 2/01/76
**SEX:** M

**APPLICANT'S SIGNATURE (Must Be Signed In Presence Of Examiner):** Baron Goodridge

## DATA ENTRY INFORMATION

DL # G363-060-76-041-0
Social Security # 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

License Class  A ✓   B ___   C ___    Restrict to Vehicles Without Air Brakes:  Yes ☐   No ☑

### TEST RESULTS

| | |
|---|---|
| VISION | PASS |
| GENERAL KNOWLEDGE | PASS BMA 8308 |
| AIR BRAKES | BMA 8308 |
| COMBINATION VEHICLES | BMA 8308 |
| PASSENGER TRANSPORT | BMA 8308 |
| DOUBLES/TRIPLES | |
| TANKERS | |
| HAZARDOUS MATERIALS | |
| DATE | |

I CERTIFY THAT THE ABOVE NAMED APPLICANT HAS SUCCESSFULLY PASSED THE CDL KNOWLEDGE/VISION EXAMS AS INDICATED ABOVE.

**EXAMINER'S SIGNATURE:** Wayne ___
**I.D. #:** 8308
**OFFICE:** A02

---- FOLD ----

## RECORD OF EXAMINATION

### ACUITY
|  | RIGHT | LEFT | BOTH |
|---|---|---|---|
| WITH CORRECTION | 20/ | 20/ | 20/ |
| WITHOUT CORRECTION | 20/40 | 20/40 | 20/40 |

### NEW PRESCRIPTION
| RIGHT | LEFT | BOTH |
|---|---|---|
| 20/ | 20/ | 20/ |
| 20/ | 20/ | 20/ |

CHECK HERE IF ORAL TEST ☐

| TEST | | 1st | 2nd | 3rd | 4th | 5th | 6th | Date Passed |
|---|---|---|---|---|---|---|---|---|
| GENERAL KNOWLEDGE | DATE | 12-14-00 | | | | | | 12/14/00 |
|  | SCORE | P | | | | | | |
| AIR BRAKES | DATE | 12-14-00 | | | | | | 12/14/00 |
|  | SCORE | P | | | | | | |
| COMBINATION VEHICLES | DATE | 12-14-00 | | | | | | 12/14/00 |
|  | SCORE | P | | | | | | |
| DOUBLES/TRIPLES | DATE | | | | | | | |
|  | SCORE | | | | | | | |
| TANKERS | DATE | | | | | | | |
|  | SCORE | | | | | | | |
| HAZARDOUS MATERIALS | DATE | | | | | | | |
|  | SCORE | | | | | | | |
| PASSENGER TRANSPORT | DATE | 12-14-00 | | | | | | 12/14/00 |
|  | SCORE | P | | | | | | |

**DISTRIBUTION:**    ORIGINAL — Division of Driver Licenses    COPY — Applicant
ALTERATION OR FRAUDULENT USE OF THIS FORM IS PROHIBITED BY LAW.

HSMV 71921 (4/90)

```
   MON22          *        INMATE EDUCATION DATA       *      11-08-2002
PAGE 001 OF 001 *              TRANSCRIPT              *        08:58:56

REGISTER NO: 55225-004      NAME..: GOODRIDGE              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: MON-MONTGOMERY FPC

------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
MON  ESL HAS    ENGLISH PROFICIENT          08-24-2000 1017 CURRENT
MON  GED HAS    COMPLETED GED OR HS DIPLOMA 08-24-2000 1010 CURRENT

------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV   HRS
MON DRUG    #6 NARCOTICS ANONYMOUS       10-16-2002  CURRENT
MON DRUG    SPEECH                       05-17-2002  08-09-2002  P   C  P    12
MON DRUG    #4 QUARTERLY RPP SEMINAR     07-31-2002  07-31-2002  P   C  P     8
MON DRUG    #2 JOB SEARCH                07-16-2002  07-16-2002  P   C  P     1
MON DRUG    INTERNATIONAL TRADE          12-28-2001  02-21-2002  P   C  P     8
MON         MONEY MGT                    11-21-2001  11-22-2001  P   C  P     2
MON         AIDS AWARENESS               10-23-2001  10-23-2001  P   C  P     1
PEN         RPP#3 PERSONAL FINANCE       09-06-2001  09-06-2001  P   C  P     1
PEN         RPP#1 PHY FITNESS & WELLNESS 09-06-2001  09-06-2001  P   C  P     3
PEN         RPP#2 JOB INTERVIEWS/RESUMES 06-15-2001  06-15-2001  P   C  P     1
PEN         STARTING YOUR OWN BUSINESS   05-01-2001  05-04-2001  P   C  P     8
PEN         CDL CLASS "A" LICENSE        09-11-2000  12-11-2000  P   C  P    30
PEN         RPP#6-PERSONAL GROWTH SEMINAR 09-08-2000 09-10-2000  P   C  P    24
MIM         POSITIVE ATTITUDES           04-26-2000  05-17-2000  P   C  P     1
MIM         YOUR RESUME                  04-19-2000  05-26-2000  P   C  P     1




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

BP-S187.058  PROGRESS REPORT  CDFRM
JUN 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| Institution Name, Address, & Telephone No.<br>FPC Montgomery, AL 36112<br>(334) 293-2100 | Date<br>11-20-02 |
|---|---|

Inmate Reviewed

| Inmate's Signature | Date 11/20/02 | Staff Signature |
|---|---|---|

1. Type of Progress Report
☐ Initial      ☐ Statutory Interim    X Pre-Release
☐ Transfer     ☐ Triennial              Other

| 2. Inmate's Name<br><br>Goodridge, Baron | 3. Register Number<br><br>55225-004 | 4. Age (DOB)<br><br>26/ 02-01-1976 |
|---|---|---|

5. Present Security/Custody Level

   Minimum Security/Community Custody

6. Offense/Violator Offense

   Conspiracy to Possess with Intent to Distribute Cocaine.

7. Sentence

   70 Months; 3559 PLRA Sentence; 5 Year Supervised Release. Court imposed a $100.00 felony assessment fee.

| 8. Sentence Began<br><br>07-18-2000 | 9. Months Served +<br>   Jail Credit<br>27 Mos. + 167 Days<br>JCT | 10. Days GCT/or EGT/SGT<br><br>108/0/0 |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT<br><br>0/0/0 | 12. Projected Release<br><br>03-02-2004 BOP SUBST<br>ABUSE TRTMT RELEASE | 13. Last USPC Action<br><br>N/A |

14. Detainers/Pending Charges

    There are no known detainers or pending charges.

15. Co-defendants

    Please refer to the Pre-sentence Investigation Report.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
PROGRESS REPORT - CONTINUED (Page 2)

Name: Goodridge, Baron    Reg. No.   55225-004    Date   11-20-2002

---

16. **Institutional Adjustment:** Mr. Goodridge arrived at FPC Montgomery on 10-12-2001. Since arriving at FPC Montgomery, he has shown good institutional adjustment. Mr. Goodridge has made average progress in his pre-release courses and has been rated as "Outstanding" on his work performance. Mr. Goodridge is currently participating in the Residential Drug and Alcohol Program. He has maintained clean quarters and clear conduct while at FPC Montgomery, Alabama.

   A. **Program Plan** - At initial classification, Mr. Goodridge was recommended for participation in Group Counseling, Social Education, Pre-release Counseling, and the Financial Responsibility Program.

   B. **Work Assignment** - While incarcerated, Mr. Goodridge has been assigned to the following work assignments; Barber, Food Service, Grounds/Custodial, and Unit Orderly, where he currently remains. His duties include sweeping, moping, dusting, buffing and maintaining the cleanliness of the unit team office area. Mr. Goodridge has received an overall work performance rating of "Outstanding". He requires minimum supervision, is willing to work, can plan own work well, and learns rapidly. He currently has a good working relationship with his supervisor and currently works approximately 30 hours per week.

   C. **Educational/Vocational Participation** - Mr. Goodridge graduated from Miami Norland High School on June 15, 1995. On February 22, 1997, Mr. Goodridge began attending Miami-Dade Community College in Miami, Florida. He received an "A" for an entertainment technology course on May 2, 1997. While incarcerated, Mr. Goodridge has completed Starting Your Own Business, International Trade, Speech, Personal Growth Seminar, Personal Finances, Positive Attitudes and the Commercial Drivers License (CDL) Course in vocational training.

   D. **Counseling Programs** - Mr. Goodridge is currently enrolled in the 500 hour Residential Drug Abuse Treatment Program, in the area of counseling.

   E. **Incident Reports** - Mr. Goodridge has maintained a clear conduct throughout his incarceration.

   F. **Institutional Movement** - Mr. Goodridge was initially designated to FPC Pensacola, Florida on 08-16-2000. He was transferred to FPC Montgomery, Alabama on 10-22-2001 for program participation. There has been no further movement.

   G. **Physical and Mental Health** - Mr. Goodridge has a regular duty status and is clear for food service work. There are no apparent signs of emotional or psychological problems. Mr. Goodridge should be fully employable upon release from federal custody.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
PROGRESS REPORT - CONTINUED (Page 3)

Name:   Goodridge, Baron    Reg. No.  55225-004    Date:  11-20-2002

---

      H.    **Progress on Financial Plan** - The U. S. District Court, Southern District of Florida, imposed a $100.00 felony assessment against Mr. Goodridge. He has paid his felony assessment in full. Cost of incarceration does not apply in this case due to his inability to pay.

17.  **Release planning:**  Upon his release from confinement, Mr. Goodridge plans to reside in Miami, Florida. He has provided the following release plans:

    A.    **Residence:**    Susan Goodridge - Mother
                              1315 NW 181st
                              Miami, FL 33169
                              (305) 625-1234

    B.    **Employment:**    To be established in the Community Corrections Center.

    C.    **USPO Sentencing:**    Frank Schwartz, Chief
                                  United States Probation Officer
                                  300 NE 1st Ave. RM 315
                                  Miami, FL 33132
                                  (305) 523-5300

    D.    **Release Preparation Program:**  Mr. Goodridge attended the Release Preparation Seminar on 07-31-2002, where he was informed of the rules and regulations governing Community Corrections Center (CCC) placement. Information was provided by community resource personnel from the United States Probation Office, Alabama State Employment, State Department of Public Health, Social Security Administration, Veterans Administration, Community Corrections, Community Programs, and Case Management to facilitate a successful re-entry into the community. Mr. Goodridge has completed the following pre-release courses: Aids Awareness, the Quarterly RPP Seminar, Your Resume, Job Interviews/Resumes, Physical Fitness & Wellness, Money Management, and Job Search.

"OFFENDER IS SUBJECT TO NOTIFICATION UNDER PUBLIC LAW 103-322, DUE TO HIS CONVICTION FOR A DRUG TRAFFICKING CRIME."

18.  Prepared by: _____    Date: _11-20-02_
                      Annie Zeigler, Case Manager

19.  Date typed:  11-20-2002/az

20.  Reviewed by: _____    Date: _11/21/2002_
                      Michael L. Stephens, Unit Manager

---

Record Copy - Inmate File; copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - inmate

(This form may be replicated via WP)                  Replaces BP-s187.058 DTD FEB 94