UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6054-CR-DIMITROULEAS

    Plaintiff,

vs.

BARON GOODRIDGE,

    Defendant.
_____/

### ORDER DEFERRING RULING

THIS CAUSE having come before the Court upon Defendant's November 25, 2002[1] Motion For Reduction of Sentence [DE-85]. The Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11 day of December, 2002.

                                            WILLIAM P. DIMITROULEAS
                                            United States District Judge

Copies furnished to:

Baron Goodridge, #55225004
Fed. Prison - Maxwell AFB
Montgomery, Alabama 36112

Robin Rosenbaum, AUSA

---

[1] The motion was filed on December 10, 2002.

