UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6054-CR-DIMITROULEAS

  Plaintiff,

vs.

BARON GOODRIDGE,

  Defendant.
_____/



### O R D E R

THIS CAUSE having come before the Court upon Defendant's (Goodridge) November 25, 2002[1] Motion For Reduction of Sentence [DE-85], and the Court having deferred ruling to await a response from the Government [DE-86], and none having been filed, and the Court having reviewed the Pre-Sentence Investigation Report, finds as follows:

1. On July 18, 2000, Goodridge was sentenced to 70 months in prison. [DE-61]. He was awarded a reduction for minor participant. [DE-61, p. 6].

2. On November 1, 2002, Amendment 640 to the Federal Sentencing Guidelines went into effect, reducing the maximum base level offense to 30 for any drug offender who played a minor role in the offense. That amendment would have had the net effect of reducing Goodrige's guidelines by two levels to a range of 57-71 months.

3. Goodridge moves pursuant to 18 U.S.C. §3582 [c] (2) for a reduction in sentence. When a change to the Sentencing Guidelines is substantive in nature and is not merely a

---

[1] The motion was filed on December 10, 2002.



clarification, it is not retroactively applicable. USSG § 1B1.11(b)(2); U.S. v. Moloney, 287 F. 3d 236, 241 (2d Cir. 2002), cert. denied, 123 S. Ct. 416 (2002); U.S. v. King, 280 F. 3d 886, 891 (8th Cir. 2002), cert. denied, 123 S. Ct. 402 (2002). The commentary to Amendment 640 does not state that it is intended to be a clarifying amendment. U.S. v. Descent, 292 F. 3d 703 (11th Cir. 2002), reh'g petition filed (August 23, 2002). Amendment 640 is not included in the list of amendments to be applied retroactively. USSG § 1B1.10 [c](2002). Amendment 640 is not applicable to Goodridge.

4. Even if the amendment were to be given retroactive application, this Court would have to consider the factors listed in 18 U.S.C. § 3553(a) in deciding whether or not to reduce the defendant's original sentence. U.S. v. Bravo, 203 F. 3d 778, 781 (11th Cir. 2000), cert. denied, 121 S. Ct. 486 (2000). No reduction is appropriate.

Wherefore, Goodridge's Motion For Reduction of Sentence is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26 day of December, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Baron Goodridge, #55225004
Fed. Prison - Maxwell AFB
Montgomery, Alabama 36112

Robin Rosenbaum, AUSA