FILING FEE
PAID _____ no_____
In Forma Pauperis _____ No_____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.                                    CASE NUMBER: 00-6054-CR WPD

BARON GOODRIDGE
_____/

NOTICE OF APPEAL

COMES NOW, Baron Goodridge Pro Se, and says;

Goodridge is proceeding Pro Se in this matter and asks for all of the latitude this Court can allow. Haines v. Kerner, 404 US 519.

On December 10, 2002 Mr. Goodridge filed a motion pursuant to 18 USC 3582 (c).

On December 26, 2002 the Court denied his motion for a reduction in sentence on the grounds that amendment 604 was a substantive charge in the guidelines and was not retroactive.

Mr. Goodridge takes exeption to the Court's ruling and files this notice of Appeal for his cause.

Respectfully submitted this 6th day of January, 2003.

Baron Goodridge



CERTIFICATE OF SERVICE

I hereby certify that copies of the enclosed motion(s) have been mailed to the addresses listed below by placing same in the internal mail system at the Federal Prison Camp at Maxwell Air Force Base in Montgomery, Alabama on this the 6th day of December, 2002.

Baron Goodridge 55225-004
Federal Prison camp
Montgomery AL 36112

Mailings:

Clerk, U.S. District Court
Southern District of Florida
299 E. Broward Blvd.
Fort Lauderdale FL 33301

Office of the US Attorney
299 E. Broward Blvd.
Fort Lauderdale FL 33301