UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARON GOODRIDGE,

    Defendant.
_____/



### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Notice of Appeal [filed January 13, 2003]. The Court has carefully considered the notice and is otherwise fully advised in the premises.

On December 26, 2002, this Court denied Defendant's Motion for Reduction of Sentence. On consideration of whether to issue a certificate of appealability, the Court denies such certification, as this Court determines that the Petitioner has not shown violation of a substantial constitutional right.[1] The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

---

[1] It is unclear to the Court whether a certificate of appealability is required under § 3582 as it is under § 2255. Therefore, in an abundance of caution the Court is assuming that a certificate of appealability would be required in order for the Defendant to appeal this Court's decision.



Accordingly, it is **ORDERED AND ADJUDGED** that the Motion for a Certificate of Appealability is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14 day of January, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Baron Goodridge, #55225004
Fed. Prison - Maxwell AFB
Montgomery, AL 36112

Robin Rosenbaum, AUSA

Clerk's Office, Appeals Desk