

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

February 13, 2003

RE: 03-10300-H     USA v. Baron Goodridge
DC DKT NO.: 00-06054 CR-WPD

TO:   Clarence Maddox

CC:   Baron Goodridge (#55225-004)

CC:   Marcos D. Jimenez

CC:   Anne R. Schultz

CC:   Robin S. Rosenbaum

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 13, 2003



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 03-10300-H        USA v. Baron Goodridge
DC DKT NO.:  00-06054 CR-WPD

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in
the above referenced appeal is issued as the mandate of this court.
The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed
to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

Encl.

DIS-2A (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

655

NO. 03-10300-H

00-6054-cr-WPD

UNITED STATES OF AMERICA,

            Plaintiff-Appellee,

versus

BARON GOODRIDGE,

           Defendant-Appellant.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 13 2003
THOMAS K. KAHN
CLERK

Filed by Appeals
Non-Compliance with
FRAP 4(b)
FEB 18 2003
Ft. Lauderdale Clerk's Office

Appeal from the United States District Court for the
Southern District of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir. R. 42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $100 docketing and $5 filing fees ($105) to the district court clerk and file a Transcript Order Form within the time fixed by the rules, effective this 13th day of February, 2003.

                    THOMAS K. KAHN
                    Clerk of the United States Court
                    of Appeals for the Eleventh Circuit

                    By:  Liz McDonald
                         Deputy Clerk

                    FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

ORD-40